OFFICE OF DISCIPLINARY COUNSEL *v.* HEAD.

[Cite as Disciplinary Counsel *v.* Head (1988), 38 Ohio St. 3d 601.]

(No. D.D. 85-22—Submitted July 27, 1988—Decided August 24, 1988.)

The application for reinstatement to the practice of law is granted. Robert D. Head is reinstated to the practice of law in the state of Ohio.

For earlier case, see (1985), 20 Ohio St. 3d 16, 20 OBR 87, 484 N.E. 2d 702.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

COLUMBUS BAR ASSOCIATION *v.* HAYTCHER.

[Cite as Columbus Bar Assn. *v.* Haytcher (1988), 38 Ohio St. 3d 601.]

(No. D.D. 88-7—Submitted July 27, 1988—Decided August 24, 1988.)

Paul J. Haytcher is publicly reprimanded.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS and H. BROWN, JJ., concur.

WRIGHT, J., not participating.